UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| PATRICK FISCHER, | ) |
| | ) |
| Plaintiff, | ) 2:20-CV-00020-DCLC |
| | ) |
| vs. | ) |
| | ) |
| BRISTOL MOTOR SPEEDWAY, LLC and SPEEDWAY MOTORSPORTS, INC., | ) |
| | ) |
| Defendants | |

**ORDER**

Plaintiff Patrick Fischer ("Plaintiff") and Defendant Bristol Motor Speedway, LLC ("Bristol Motor Speedway") have filed a "Joint Motion for Plaintiff's Voluntary Dismissal with Prejudice" [Doc. 18], seeking an order dismissing the defendants with prejudice pursuant to Federal Rule of Civil Procedure 41. Rule 41(a) provides that a plaintiff may voluntarily dismiss his case without a court order by filing either "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a). Because counsel for Bristol Motor Speedway, who has appeared in this case, has joined the motion, and because Plaintiff has stated he wishes to dismiss "the Defendants," which presumably includes Defendant Speedway Motorsports, who has not appeared, the Court finds the filing is sufficient to satisfy Rule 41(a).

Therefore, this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a). The Clerk is DIRECTED to term the motion [Doc. 18] and close this case. Further, Plaintiff is relieved from responding to this Court's show cause order [Doc. 15].

1

SO ORDERED:

s/ Clifton L. Corker
United States District Judge